IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                           Case Number 3:16cr79/MCR

**DAVID R. SOLER**
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

On or about May 3, 2016, Dropbox, an electronic storage provider, reported files to the National Center for Missing and Exploited Children (NCMEC) deemed by Dropbox as related to child pornography. Nine of these files contained child pornography, and three files were spreadsheet-styled files, containing data and not visual depictions. The data in these files appeared to be the written logs related to child pornography dating back to 2013. Dropbox identified these files in an online cloud based account, which were uploaded by a Dropbox user associated with identifiers "David SOLER" and email address XXXXX@gmail.com.

NCMEC generated a report, which was forwarded to Homeland Security Investigations (HSI). Specifically, on or about June 16, 2016, the North Florida Internet Crimes Against Children's Taskforce received information from NCMEC

1



regarding the aforesaid Dropbox account. Review of all files was conducted by HSI Special Agent (SA) Lindsey Bosso, and a sampling of the child pornography files is described below:

*"Video 23.09.15 19 05 06.mp4" is a video file, approximately 37 seconds in duration, depicting a prepubescent female between the approximate ages of 2-6 years old. The child appears to be lying down wearing only a tie-dyed shirt. During the video, an adult male's erect penis rubs continuously up against the small child's vagina and anus, at one point seemingly attempting to penetrate the child's anus (unsuccessfully).*

*"Video 23.09.15 19 05 03.mp4" is a video file, approximately 1 minute and 30 seconds in duration, which depicts a prepubescent/pubescent female between the approximate ages of 8-12 years old. The video appears to be instructional in nature, as the child is speaking to a camera and is heard saying: "I'm going to show you how to have some fun, what you'll need is your sexy pussy and a toothbrush." The child, who is only wearing a shirt, then proceeds to lift up her shirt and, while seated on a bed, begins to masturbate with the toothbrush. The minor states: "You take your toothbrush and then you begin brushing your pussy," or words to that effect.*

*"Video 24.09.15 16 56 01.mp4" is a video file, approximately 1 minute and 40 seconds in duration, which depicts two prepubescent females between the approximate ages of 8-12 years old. The girls are lying nude on a couch and on top of each other. A male's penis enters the camera view and begins rubbing the vaginas of both girls; one by one he penetrates both girls vaginally.*

A query of the Driver and Vehicle Information Database identified SOLER's residential address. On June 27, 2016, SA Bosso was granted a federal search and seizure warrant for Dropbox accounts associated with David SOLER. On or about July 20, 2016, Dropbox complied and results were sent to SA Bosso. Said results were reviewed by SA Bosso and revealed the presence of child pornography videos,

all contained in SOLER's Dropbox account. This included dozens of videos of prepubescent and pubescent females engaged in graphic sexual activity. It also included spreadsheet-styled files referencing child pornography as noted above. Maintained within SOLER's Dropbox account were several of the original child pornographic video files that were referenced previously. Moreover, SA Bosso recognized peer to peer file trading references in said spreadsheet-styled files. Dropbox search warrant results also confirmed SOLER's email address as "XXXXX@gmail.com."

In the original NCMEC report, and the subsequent Dropbox search warrant results, Internet Protocol addresses with associated log-in times were provided, as they related to when this individual logged into Dropbox. SA Bosso identified several IP addresses belonging to Cox Communications and, pursuant to legal process, obtained the subscriber information related to relevant IP addresses. They resolved to the defendant's residence. On or around July 20, 2016, SA Bosso conducted surveillance at said residence associated with SOLER. Thereafter, SA Bosso was able to procure a federal search warrant for said residence from United States Magistrate Judge Charles J. Kahn, Jr.

On August 9, 2016, law enforcement executed said search warrant. The search revealed multiple digital devices. Upon voluntary interview on scene, post *Miranda*, SOLER spoke with SA Bosso. At first, he denied maintaining a cloud

account and engaging in illicit activity. After being confronted with the actual evidence, SOLER admitted that he received child pornography via the Internet. A forensic review of the defendant's two cellular telephones revealed child pornography as well as evidence linking him to Dropbox. The forensic review specifically noted over 200 images of child pornography and over 100 videos of child pornography on the defendant's devices. This includes child pornography involving infants. The forensic review confirmed the child pornography travelled in interstate and foreign commerce, and the defendant's illicit activity occurred between at least February and August of 2016.

## Elements of the Offense

Eleventh Circuit Pattern Jury Instructions (2016) - Criminal, Offense Instr. No. 83.4A, has been reviewed by the defendant along with his defense counsel. The defendant understands the elements the government must prove beyond a reasonable doubt.

|  |  |
|---|---|
| _____<br>J. CHRISTOPHER KLOTZ<br>Attorney for Defendant<br>Florida Bar No. 47060<br>212 W. Intendencia Street, #A<br>Pensacola, Florida 32502<br>(850) 444-0000 | CHRISTOPHER P. CANOVA<br>United States Attorney<br><br>_____<br>DAVID L. GOLDBERG<br>Assistant U.S. Attorney<br>Northern District of Florida<br>Member of the Maryland Bar<br>21 East Garden Street, Suite 400<br>Pensacola, Florida 32502<br>(850) 444-4000 |
| _10-18-16_____<br>Date | _10/20/16_____<br>Date |

_____
DAVID R. SOLER
Defendant